770 A.2d 295

**Leroy MATHIS, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Respondent.**

Supreme Court of Pennsylvania.

April 16, 2001.

Alan J. Josel, Public Defender, John C. Armstrong, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 16th day of April, 2001 the Petition for Allowance of Appeal, although improvidently filed, will be treated as a Notice of Appeal. *See* Pa.R.A.P. 1101, 1103. The order of the Commonwealth Court is affirmed. *See Fajohn v. Department of Corrections,* 547 Pa. 649, 692 A.2d 1067 (1997).